In the Matter of the Judicial Settlement of the Account of Proceedings of MINNIE F. THEES and Others, as Executors of and Trustees, etc., of HENRY UNGRICH, JR., Deceased, Appellants. FRANK E. CLARKE, Special Guardian, etc., Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

THOMAS JEFFREY, Appellant, v. H. W. MILLER, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

KATHARINE KAVANAGH, as Administratrix, etc., of JAMES KAVANAGH, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich and Blackmar, JJ., concurred.

WILLIAM KRAMER, JR., an Infant, by WILLIAM KRAMER, His Guardian ad Litem, Respondent, v. WILLIAM B. BOYD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

ANNA F. LEWIS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

OLOF MANSSON, Respondent, v. GEORGE E. NOSTRAND, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

JACOB DANIEL MYERS, JR., an Infant, by JACOB MYERS, His Guardian ad Litem, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Defendant. DENNIS F. O'BRIEN and Others, Composing the Firm of O'BRIEN, MALEVINSKY & DRISCOLL, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas Rich, Blackmar and Jaycox, JJ., concurred.

CATHERINE NELSON, as Administratrix, etc., of CHARLES NELSON, Deceased, Respondent, v. FRANK J. HORSCH, as Executor, etc., of DAVID W. JULIAN, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

JESSIE E. PURICK, as Administratrix, etc., of C. FRED PURICK, Deceased, Plaintiff, v. PORT JEFFERSON ELECTRIC LIGHT COMPANY, Defendant. THOMAS J. RITCH, JR., and ROWLAND MILES, Petitioners, Appellants; HARRY LEE, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.